

# NUMBER 13-15-00117-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GUSTAVO RODRIGUEZ DE LA GARZA,                      **Appellant,**

**v.**

THE STATE OF TEXAS,                                     **Appellee.**

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Gustavo Rodriguez de la Garza, was convicted of sexual assault. On March 6, 2015, appellant filed a notice of appeal by and through his appointed counsel. Appellant's counsel filed a motion to dismiss the appeal, but was informed by this Court that it could not be dismissed without appellant's signature. *See* TEX. R. APP. P. 42.2 (a).

On September 3, 2015, this Court abated the appeal to the trial court to determine

if appellant could be located and to determine whether appellant desired to prosecute this appeal. The trial court held a hearing on September 28, 2015. Appellant appeared with counsel. The trial court found that appellant wishes to abandon his appeal and recommended the appeal be dismissed.

Based upon the finding of the trial court that appellant has abandoned his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of October, 2015.